## Bromfield *verf.* Lovejoy.

PLEA in Abatement by *Mr. Auchmuty*, that the Defendant bore a Captain's Commiffion, and fo a *Gentleman* by Office, and therefore, Yeoman, was

not

1767.
BROMFIELD
*v.*
LOVEJOY.

A Captain of Militia, commiffioned by the Governour, is a Gentleman by Office, and if fued by the Addition of Yeoman may abate the Writ.

not his due Addition. Cited 2 Inft. 666, 668; 1 Inft. 66 a.

*Mr. Otis.* Lovejoy is certainly no Gentleman by Office; for no Commiffion from any Governour whatever, can make a Man Gentleman by Office. Lovejoy is then a Gentleman, if any Way, by Curtefy, or Reputation, and, Gentleman, would be a good Addition, " but if he be named Yeoman, he cannot abate the Writ." Viner, Tit. Additions, C. pl. 29, p. 85. " Yeoman or Gentleman are Additions *ad Placitum*, and *ad Libitum*, are no Part of the Name, but Additions *ad Libitum*, as People pleafe to call them." Viner, Ibid. pl. 33, 34.

*The Court* took a Diftinction between Gentleman by Curtefy, and Reputation, and *feemed* to be of Opinion, that, if a Man was Gentleman by Curtefy, Yeoman was not his due Addition; *aliter* if Gentleman by Reputation only. In the prefent Cafe they were of Opinion, that Lovejoy was a Gentleman, both by his Commiffion and by Curtefy. Therefore they *ruled, that the Writ abate*, though they faid it was a very great Hardfhip upon the Bar.*

* Vid. 3 Bac. Abr. 618, where Brook, 44, is cited. Vid. 2 Ld. Raym'd, 849.